**Order entered July 8, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00260-CR

### GARY DON JENNINGS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F10-71278-K**

## ORDER

On May 30, 2014, this Court ordered the Dallas County District Clerk to file a supplemental record containing copies of each executed capias contained in the District Clerk's file in this case. To date, we have not received the supplemental clerk's record nor have we had any correspondence from the Dallas County District Clerk regarding the status of that record.

Accordingly, we **ORDER** Gary Fitzsimmons, Dallas County District Clerk, to file, by **JULY 18, 2014**, a supplemental record containing copies of each executed capias contained in the District Clerk's file in this case.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Dominique Collins, Presiding Judge, Criminal District Court No. 4; Gary Fitzsimmons, Dallas County District Clerk, and to counsel for all parties.

/s/    LANA MYERS
        JUSTICE